UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Monika Mazurczyk, Esq. 037362001
Tomes Law Firm, P.C.
1 West Main Street, 3rd Floor
Freehold NJ 07728
732-333-0681

In Re:

Jannet Lanni

Case No.: 20-22607

Chapter: 13

Adv. No.:

Hearing Date: 2/2/2021 at 10:00am

Judge: Michael B. Kaplan

## CERTIFICATION OF SERVICE

1. I, _____Sharisma Ubiera_____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for _____Monika Mazurczyk_____, who represents _____Debtor_____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____1/27/2021_____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
    Amended Summary, Amended Schedules I and J

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 1/27/2021

/s/ Sharisma Ubiera
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>Chapter 13 Standing Trustee<br>CN 4853<br>Trenton, NJ 08560 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jannet Lanni<br>422N Onset Lane<br>Monroe Township, NJ 08831 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office Of the US Trustee<br>One Newark Center<br>1085 Raymond Blvd<br>Suite 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quicken Loans<br>Attn: Bankruptcy<br>1050 Woodward Avenue<br>Detroit MI 48226-0000 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Ally Financial<br>200 Renaissance Ctr #80<br>Detroit MI 48243-0000 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other  NEF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |