Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−22607−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Janet M Lanni
   422N Onset Lane
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−9766

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on November 12, 2020 and a confirmation hearing on such Plan has been scheduled for February 2, 2021.

The debtor filed a Modified Plan on January 26, 2021 and a confirmation hearing on the Modified Plan is scheduled for March 2, 2021 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: January 27, 2021
JAN: wdr

                                                    Jeanne Naughton
                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Janet M Lanni  
Debtor

Case No. 20-22607-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3  
Date Rcvd: Jan 27, 2021  Form ID: 186  Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet M Lanni, 422N Onset Lane, Monroe Township, NJ 08831-8249 |
| 519019560 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 519062183 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519072628 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519019562 | + | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519019567 | + | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 519048333 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 27 2021 22:17:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 27 2021 22:17:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519019558 | | Email/Text: ally@ebn.phinsolutions.com | Jan 27 2021 22:16:00 | Ally, POB 380902, Bloomington, MN 55438-0902 |
| 519067294 | | Email/Text: ally@ebn.phinsolutions.com | Jan 27 2021 22:16:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519019559 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 27 2021 22:16:00 | Ally Financial, 200 Renaissance Ctr #80, Detroit, MI 48243-1300 |
| 519019561 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 27 2021 22:38:05 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519049795 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 27 2021 22:36:58 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519049796 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 27 2021 22:36:58 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519019563 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2021 22:17:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 519019564 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 27 2021 22:17:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519019565 | + | Email/Text: Documentfiling@lciinc.com | Jan 27 2021 22:16:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 519079273 | + | Email/Text: Documentfiling@lciinc.com | Jan 27 2021 22:16:00 | LendingClub Corporation, 595 Market Street Suite 200, San Francisco, CA 94105-2807 |
| 519019566 | + | Email/Text: bankruptcy@sccompanies.com | Jan 27 2021 22:15:00 | Masseys, 1251 1st Ave, Chippewa Falls, WI 54729-1677 |
| 519077590 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 22:38:09 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |

Case 20-22607-MBK    Doc 19    Filed 01/29/21    Entered 01/30/21 00:19:03    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 27, 2021 | Form ID: 186 | Total Noticed: 32 |

| | | | |
|---|---|---|---|
| 519079272 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 22:36:51 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 519077589 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 22:38:09 | Portfolio Recovery Associates, LLC, c/o Toys R Us, POB 41067, Norfolk VA 23541 |
| 519071463 | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2021 22:17:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519071466 | Email/Text: bnc-quantum@quantum3group.com | Jan 27 2021 22:17:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519019568 | + Email/Text: bankruptcyteam@quickenloans.com | Jan 27 2021 22:18:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 519019569 | + Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 22:36:45 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519021314 | + Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 22:38:03 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519019570 | + Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 22:35:34 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519019571 | + Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 22:38:03 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519019572 | + Email/PDF: gecsedi@recoverycorp.com | Jan 27 2021 22:36:45 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519019573 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 27 2021 22:38:08 | Walmart/Synchrony/Portfolio, c/o Portfolio Recovery, PO Box 12914, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 27, 2021 | Form ID: 186 | Total Noticed: 32 |

        on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Monika Mazurczyk

        on behalf of Debtor Janet M Lanni monikam@tomeslawfirm.com
        mazurczykmr92561@notify.bestcase.com;ftomes@tomeslawfirm.com;sharisma@tomeslawfirm.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4