B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

DISTRICT OF NEW JERSEY

In Re:  
JANET M LANNI

Case No. 2022607

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| PRA Receivables Management, LLC., as agent of<br>Portfolio Recovery Associates, LLC<br>------------------------------------------<br>Name of Transferee | LendingClub Corporation<br>------------------------------------------<br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk, VA 23541 | Court Claim # (if known): 12<br>Amount of Claim: $16,706.33<br>Date Claim Filed: 01/21/2021 |
| Phone: (877)829-8298<br>Last Four Digits of Acct # : 7182 | Phone:<br>Last Four Digits of Acct #: 7182 |
| Name and Address where transferee payments<br>Should be sent (if different from above)<br>Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk, VA 23541<br><br>Phone: (877)829-8298<br>Last Four Digits of Acct # : 7182 | Seller Information<br>LENDINGCLUB CORP. AS SERVICER FOR<br>CONSUMER LOAN UNDERLYING BOND (CLUB)<br>CERTIFICATE ISSUER TRUST I<br>595 MARKET STREET<br>SUITE 200<br>SAN FRANCISCO CA 94105 |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Martine Evans                                   Date: 1/28/2021  
------------------------------------------  
Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## BILL OF SALE

LendingClub Corporation, a Delaware corporation ("**LendingClub**") and Portfolio Recovery Associates, LLC, a Delaware limited liability company ("**Buyer**") executed a Chapter 13 Account Purchase Agreement – Forward Flow dated as of June 18, 2020 ("Agreement"). The terms of the Agreement will govern this Bill of Sale and any capitalized but undefined terms herein will have the meanings given to such terms in the Agreement.

For value received and in further consideration of the mutual covenants and conditions set forth in the Agreement, the Investors referenced in the data file named ███████████████████ hereby transfer(s), sell(s), conveys(s), grant(s), and deliver(s) to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Account Schedule attached hereto as Exhibit I delivered by Seller to Buyer on the Closing Date, and as further described in the Agreement.

Pursuant to the Agreement, on January 22, 2021, the Closing Date, each Investor will sell (or cause to be sold) a pool of Accounts held by such Investors and described in the Account Schedule attached to this Bill of Sale.

LendingClub represents and warrants that each of the undersigned Investors (other than LendingClub, where LendingClub is the Investor) has executed a limited power of attorney between such Investor and LendingClub wherein a designated power is for LendingClub to act as attorney-in-fact for such Investor and to execute this Bill of Sale on behalf of such Investor and take any action and execute any instruments or documents that LendingClub may deem reasonably necessary or advisable in connection with the transfers contemplated thereby.

Lot Number:            21-106

Total Unpaid Balance:  ███████████

Number of Accounts:    ██████

DATED: January 22, 2021

SELLER: LC Trust I

By: LENDINGCLUB CORPORATION, as Administrator
By: _*Brandon Pace*_  
　　　6CF66A6E418C417
Name (print): Brandon Pace
Title: General Counsel

SELLER: LendingClub Corporation
By: _*Brandon Pace*_  
　　　6CF66A6E410C417
Name (print): Brandon Pace
Title: General Counsel

SELLER: ACL Consumer Loan Trust IV

By: *Brandon Pace*
—6CF66A6E410C417...
Name (print): Brandon Pace
Title: General Counsel

SELLER: Banco Popular de Puerto Rico

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
—6CF66A6E410C417...
Name (print): Brandon Pace
Title: General Counsel

SELLER: Banco Popular North America

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
—6CF66A6E410C417...
Name (print): Brandon Pace
Title: General Counsel

SELLER: Consumer Lending Receivables Grantor Trust 2019-A CLRT 2019-A

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
—6CF66A6E410C417...
Name (print): Brandon Pace
Title: General Counsel

SELLER: Consumer Loan Underlying Bond (Club) Certificate Issuer Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
—6CF66A6E410C417...
Name (print): Brandon Pace
Title: General Counsel

SELLER: CONSUMER LOAN UNDERLYING BOND (CLUB) CREDIT TRUST 2020-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: *Brandon Pace*
—6CF66A6E410C417...
Name (print): Brandon Pace
Title: General Counsel

SELLER: CONSUMER LOAN UNDERLYING BOND (CLUB) GRANTOR TRUST 2017-NP2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_
Name (print): Brandon Pace
Title: General Counsel

SELLER: Consumer Loan Underlying Bond (CLUB) Grantor Trust 2017-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_
Name (print): Brandon Pace
Title: General Counsel

SELLER: CONSUMER LOAN UNDERLYING BOND (CLUB) GRANTOR TRUST 2018-NP1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_
Name (print): Brandon Pace
Title: General Counsel

SELLER: CONSUMER LOAN UNDERLYING BOND (CLUB) GRANTOR TRUST 2018-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_
Name (print): Brandon Pace
Title: General Counsel

SELLER: CONSUMER LOAN UNDERLYING BOND (CLUB) GRANTOR TRUST 2018-P2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _Brandon Pace_
Name (print): Brandon Pace
Title: General Counsel

SELLER: CONSUMER LOAN UNDERLYING
BOND (CLUB) GRANTOR TRUST 2018-P3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: CONSUMER LOAN UNDERLYING
BOND (CLUB) GRANTOR TRUST 2019-HP1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: Consumer Loan Underlying Bond (CLUB)
Grantor Trust 2019-P1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: CONSUMER LOAN UNDERLYING
BOND (CLUB) GRANTOR TRUST 2019-P2

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: CONSUMER UNDERLYING BOND
SECURITIZATION, SERIES 2018-1 GRANTOR
TRUST

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: COPPER CANYON TRUST

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: DL Investment Sarl, Compartment Moonstone 1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: GOLDEN CAPS TRUST

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: HALMAN-ALDUBI I2P1ST, LIMITED PARTNERSHIP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: HCG Consumer Credit II Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: IBI Consumer Credit, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: LendingClub Receivables Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: ____*Brandon Pace*____
Name (print): Brandon Pace
Title: General Counsel

SELLER: LOAN ASSET ISSUER II LLC

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: ____*Brandon Pace*____
Name (print): Brandon Pace
Title: General Counsel

SELLER: MPLI CAPITAL HOLDINGS

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: ____*Brandon Pace*____
Name (print): Brandon Pace
Title: General Counsel

SELLER: NBSF 2018-2, SERIES 2020-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: ____*Brandon Pace*____
Name (print): Brandon Pace
Title: General Counsel

SELLER: PAGAYA AI DEBT SELECTION GRANTOR TRUST 2019-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: ____*Brandon Pace*____
Name (print): Brandon Pace
Title: General Counsel

SELLER: PAGAYA AI DEBT SELECTION GRANTOR TRUST 2019-3

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: ____*Brandon Pace*____
Name (print): Brandon Pace
Title: General Counsel

SELLER: Pagaya AI Debt Selection Grantor Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
      6CF66A6E410C417
Name (print): Brandon Pace
Title: General Counsel

SELLER: PAGAYA FUND BY MEITAV DASH, LP

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
      6CF66A6E410C417
Name (print): Brandon Pace
Title: General Counsel

SELLER: PAGAYA FUNDING TRUST

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
      6CF66A6E410C417
Name (print): Brandon Pace
Title: General Counsel

SELLER: PAGAYA FUNDING TRUST II

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
      6CF66A6E410C417
Name (print): Brandon Pace
Title: General Counsel

SELLER: Solar Grey Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
      6CF66A6E410C417
Name (print): Brandon Pace
Title: General Counsel

SELLER: The Bank of Missouri

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
      6CF66A6E410C417
Name (print): Brandon Pace
Title: General Counsel

SELLER: Theorem Grantor Trust 2020-1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: THEOREM MAIN FUND TRUST I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: Theorem Prime+ Loan Trust I

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: UMB Bank, National Association, not in its individual capacity, but solely as trustee for HML Trust 1

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: Union Bank & Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: WebBank

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: Webster Bank, N.A.

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: Wilmington Savings Fund Society FSB D/B/A Christiana Trust Ttee of Alternative Lending Holdings Trust

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel

SELLER: WILMINGTON SAVINGS FUND SOCIETY FSB Trustee of ALTERNATIVE LENDING HOLDINGS TRUST V

By: LENDINGCLUB CORPORATION, as attorney-in-fact

By: _____*Brandon Pace*_____
Name (print): Brandon Pace
Title: General Counsel