THIS FORM MAY BE USED BY CERTIFIED CM/ECF PARTICIPANTS ONLY AND MAY BE E:MAILED TO THE APPROPRIATE JUDGE'S E:MAILBOX.  PLEASE USE THIS FORM TO REPORT A STATUS CHANGE FOR A MATTER LISTED ON THE COURT'S CALENDAR.  THIS FORM MAY ALSO BE USED TO *REQUEST* AN ADJOURNMENT OF A MATTER LISTED ON THE CALENDAR.   REQUESTS FOR ADJOURNMENTS WILL BE ACKNOWLEDGED BY RETURN E:MAIL WITH AN INDICATION ON PAGE 2 OF THIS FORM THAT THE REQUEST IS EITHER DENIED OR GRANTED.   PLEASE E:MAIL THE COMPLETED FORM TO THE APPROPRIATE ADDRESS.

## ADJOURNMENT REQUEST/CALENDAR STATUS CHANGE FORM

FOR THE HONORABLE  Michael B. Kaplan

❏ SETTLEMENT    ☑ WITHDRAWAL    ❏ ADJOURNMENT REQUEST

CASE #:  20-22607-MBK         ADV. #:

CASE NAME:  Janet M. Lanni

PROCEEDING:
Hearing on Confirmation scheduled to be heard 03/02/2021 at 10:00 am
re Modified Plan (docket number 20) filed 01/26/2021--
to be withdrawn because Plan confirmed on 02/02/2021 rendered Mod Plan unnecessary

HEARING DATE & TIME:  03/02/2021 at 10:00 a.m.

REASON FOR ADJOURNMENT REQUEST:

ALL PARTIES ADVISED AND CONSENT?    ☑ YES    ❏ NO (w/reason)

SUBMITTED BY:  Monika Mazurczyk, Esq. 037362001

REPRESENTING:  the Debtor

# **FOR COURT USE ONLY**

❏   ADJOURNMENT REQUEST DENIED.  PLEASE APPEAR ON THE SCHEDULED DATE AND TIME.

❏   ADJOURNMENT REQUEST GRANTED.  PLEASE NOTIFY ALL PARTIES OF THE NEW DATE AND TIME:_____.

❏   ADDITIONAL COMMENTS: