Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 20−22607−MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Janet M Lanni
   422N Onset Lane
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−9766

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 4, 2021.

Dated: February 4, 2021
JAN: kmm

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 20-22607-MBK
Janet M Lanni   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 3
Date Rcvd: Feb 04, 2021   Form ID: plncf13   Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet M Lanni, 422N Onset Lane, Monroe Township, NJ 08831-8249 |
| 519019560 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 519062183 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519072628 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519019562 | + | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519019567 | + | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 519048333 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 04 2021 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 04 2021 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519019558 | | Email/Text: ally@ebn.phinsolutions.com | Feb 04 2021 21:03:00 | Ally, POB 380902, Bloomington, MN 55438-0902 |
| 519067294 | | Email/Text: ally@ebn.phinsolutions.com | Feb 04 2021 21:03:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519019559 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 04 2021 21:03:00 | Ally Financial, 200 Renaissance Ctr #80, Detroit, MI 48243-1300 |
| 519019561 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 04 2021 21:22:32 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519049795 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 04 2021 21:21:55 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519049796 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 04 2021 21:21:08 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519072628 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2021 21:22:49 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519019562 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2021 21:22:02 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519019563 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 04 2021 21:04:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 519019564 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 04 2021 21:04:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519019565 | + | Email/Text: Documentfiling@lciinc.com | Feb 04 2021 21:03:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2807 |
| 519079273 | + | Email/Text: Documentfiling@lciinc.com | Feb 04 2021 21:03:00 | LendingClub Corporation, 595 Market Street Suite |

Case 20-22607-MBK    Doc 32    Filed 02/06/21    Entered 02/07/21 00:16:52    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 04, 2021 | Form ID: plncf13 | Total Noticed: 34 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | 200, San Francisco, CA 94105-2807 |
| 519019566 | + | Email/Text: bankruptcy@sccompanies.com | Feb 04 2021 21:02:00 | Masseys, 1251 1st Ave, Chippewa Falls, WI 54729-1677 |
| 519106063 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2021 08:10:37 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519106064 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2021 08:10:37 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519077590 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2021 08:10:37 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519079272 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2021 08:10:37 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 519077589 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2021 08:10:37 | Portfolio Recovery Associates, LLC, c/o Toys R Us, POB 41067, Norfolk VA 23541 |
| 519071463 |  | Email/Text: bnc-quantum@quantum3group.com | Feb 04 2021 21:05:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519071466 |  | Email/Text: bnc-quantum@quantum3group.com | Feb 04 2021 21:05:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519019568 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 04 2021 21:05:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 519019569 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 04 2021 21:20:53 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519021314 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 04 2021 21:20:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519019570 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 04 2021 21:20:54 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519019571 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 04 2021 21:21:43 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519019572 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 04 2021 21:22:30 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519019573 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2021 08:10:37 | Walmart/Synchrony/Portfolio, c/o Portfolio Recovery, PO Box 12914, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Feb 04, 2021 | Form ID: plncf13 | Total Noticed: 34

Date: Feb 06, 2021         Signature:         /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Monika Mazurczyk | on behalf of Debtor Janet M Lanni monikam@tomeslawfirm.com mazurczykmr92561@notify.bestcase.com;ftomes@tomeslawfirm.com;sharisma@tomeslawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4