| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 20-22607 / MBK**

Janet M Lanni

Petition Filed Date: 11/12/2020
341 Hearing Date: 12/10/2020
Confirmation Date: 02/02/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/01/2020 | $565.00 | 26286890782 | 12/22/2020 | $565.00 | 73227590 | 01/19/2021 | $565.00 | 73885300 |
| 02/02/2021 | $165.00 | 74205250 | 02/23/2021 | $730.00 | 74701500 | | | |

**Total Receipts for the Period:  $2,590.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $2,590.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Janet M Lanni | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Monika Mazurczyk<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | QUICKEN LOANS INC<br>»»  P/422 NORTH ONSET LANE/1ST MTG | Mortgage Arrears | $64.61 | $0.00 | $64.61 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,325.45 | $0.00 | $5,325.45 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,865.38 | $0.00 | $1,865.38 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $6,830.15 | $0.00 | $6,830.15 |
| 5 | ALLY CAPITAL<br>»»  2017 FORD ESCAPE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT<br>»»  VICTORIAS SECRET | Unsecured Creditors | $609.82 | $0.00 | $609.82 |
| 7 | QUANTUM3 GROUP LLC AS AGENT<br>»»  WAYFAIR | Unsecured Creditors | $858.96 | $0.00 | $858.96 |
| 8 | QUANTUM3 GROUP LLC AS AGENT<br>»»  MERCURY MC | Unsecured Creditors | $2,666.04 | $0.00 | $2,666.04 |
| 9 | CITIBANK, N.A. | Unsecured Creditors | $458.30 | $0.00 | $458.30 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  TOYS R US | Unsecured Creditors | $1,105.08 | $0.00 | $1,105.08 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $750.04 | $0.00 | $750.04 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  JC PENNEY/LENDING CLUB | Unsecured Creditors | $16,706.33 | $0.00 | $16,706.33 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  JC PENNEY | Unsecured Creditors | $2,347.45 | $0.00 | $2,347.45 |

**Chapter 13 Case No. 20-22607 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,590.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $730.00 |
| Paid to Trustee: | $158.00 | Arrearages: | ($165.00) |
| Funds on Hand: | $2,432.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at <u>www.ndc.org</u>.**