| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 20-22607 / MBK**

Janet M Lanni

Petition Filed Date: 11/12/2020
341 Hearing Date: 12/10/2020
Confirmation Date: 02/02/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/19/2021 | $565.00 | 73885300 | 02/02/2021 | $165.00 | 74205250 | 02/23/2021 | $730.00 | 74701500 |
| 03/22/2021 | $730.00 | 75431500 | 04/26/2021 | $730.00 | 76234000 | 05/10/2021 | $1,379.59 | 76626790 |
| 05/20/2021 | $118.00 | 76829030 | 05/24/2021 | $730.00 | 76910910 | 06/21/2021 | $730.00 | 77566990 |
| 07/19/2021 | $730.00 | 78207150 | 08/30/2021 | $730.00 | 79110380 | 09/27/2021 | $730.00 | 79729210 |
| 10/29/2021 | $730.00 | 80429740 | 11/29/2021 | $730.00 | 81071560 | 12/29/2021 | $730.00 | 81740430 |
| 01/24/2022 | $730.00 | 82288020 | | | | | | |

**Total Receipts for the Period: $10,987.59    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $12,117.59**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Janet M Lanni | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Monika Mazurczyk<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | QUICKEN LOANS INC<br>»» P/422 NORTH ONSET LN/1ST MTG | Mortgage Arrears | $64.61 | $64.61 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,325.45 | $1,417.64 | $3,907.81 |
| 3 | CAPITAL ONE BANK (USA), N.A.<br>»» SYNCHRONY | Unsecured Creditors | $1,865.38 | $496.56 | $1,368.82 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $6,830.15 | $1,818.19 | $5,011.96 |
| 5 | ALLY CAPITAL<br>»» 2017 FORD ESCAPE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT<br>»» VICTORIAS SECRET | Unsecured Creditors | $609.82 | $152.01 | $457.81 |
| 7 | QUANTUM3 GROUP LLC AS AGENT<br>»» WAYFAIR | Unsecured Creditors | $858.96 | $214.13 | $644.83 |
| 8 | QUANTUM3 GROUP LLC AS AGENT<br>»» MERCURY | Unsecured Creditors | $2,666.04 | $709.70 | $1,956.34 |
| 9 | CITIBANK, N.A. | Unsecured Creditors | $458.30 | $114.25 | $344.05 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» TOYS R US | Unsecured Creditors | $1,105.08 | $294.17 | $810.91 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» AMAZON | Unsecured Creditors | $750.04 | $186.97 | $563.07 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LENDING CLUB | Unsecured Creditors | $16,706.33 | $4,447.23 | $12,259.10 |

| 13 | PORTFOLIO RECOVERY ASSOCIATES »» JC PENNEY | Unsecured Creditors | $2,347.45 | $624.90 | $1,722.55 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $12,117.59 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $10,540.36 | Current Monthly Payment: | $730.00 |
| Paid to Trustee: | $863.26 | Arrearages: | ($932.59) |
| Funds on Hand: | $713.97 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

**View your case information online for *FREE*!** Register today at www.ndc.org or scan this code to get started.

