| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 20-22607 / MBK**

Janet M Lanni

Petition Filed Date: 11/12/2020
341 Hearing Date: 12/10/2020
Confirmation Date: 02/02/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2022 | $730.00 | 82288020 | 02/22/2022 | $730.00 | 82900920 | 03/28/2022 | $730.00 | 83659050 |
| 04/26/2022 | $730.00 | 84238680 | 05/31/2022 | $730.00 | 84967900 | 06/21/2022 | $730.00 | 85397150 |
| 07/18/2022 | $730.00 | 85921120 | 08/29/2022 | $730.00 | 86742110 | 09/29/2022 | $730.00 | 87323300 |
| 10/25/2022 | $730.00 | 87847540 | 11/21/2022 | $730.00 | 88389900 | 12/27/2022 | $730.00 | 89016450 |
| 01/27/2023 | $730.00 | 89611100 | 02/27/2023 | $730.00 | 90206170 | | | |

**Total Receipts for the Period: $10,220.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $21,607.59**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Janet M Lanni | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Monica Mazurczyk, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | QUICKEN LOANS INC<br>»»  P/422 NORTH ONSET LN/1ST MTG | Mortgage Arrears | $64.61 | $64.61 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,325.45 | $2,593.66 | $2,731.79 |
| 3 | CAPITAL ONE BANK (USA), N.A.<br>»»  SYNCHRONY | Unsecured Creditors | $1,865.38 | $908.50 | $956.88 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $6,830.15 | $3,326.50 | $3,503.65 |
| 5 | ALLY CAPITAL<br>»»  2017 FORD ESCAPE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT<br>»»  VICTORIAS SECRET | Unsecured Creditors | $609.82 | $297.00 | $312.82 |
| 7 | QUANTUM3 GROUP LLC AS AGENT<br>»»  WAYFAIR | Unsecured Creditors | $858.96 | $418.34 | $440.62 |
| 8 | QUANTUM3 GROUP LLC AS AGENT<br>»»  MERCURY | Unsecured Creditors | $2,666.04 | $1,298.45 | $1,367.59 |
| 9 | CITIBANK, N.A. | Unsecured Creditors | $458.30 | $223.21 | $235.09 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  TOYS R US | Unsecured Creditors | $1,105.08 | $538.21 | $566.87 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  AMAZON | Unsecured Creditors | $750.04 | $365.30 | $384.74 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LENDING CLUB | Unsecured Creditors | $16,706.33 | $8,136.50 | $8,569.83 |

**Chapter 13 Case No. 20-22607 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  JC PENNEY | Unsecured Creditors | $2,347.45 | $1,143.28 | $1,204.17 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,607.59 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $19,313.56 | Current Monthly Payment: | $730.00 |
| Paid to Trustee: | $1,616.59 | Arrearages: | ($932.59) |
| Funds on Hand: | $677.44 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.

