UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.:  _____

Chapter:  _____

Judge:  _____

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that _____

will be substituted as attorney of record for _____, _____ in this

case. [1]

Date: _____        *Monika Mazurczyk*
                                              _____
                                              Signature of Former Attorney

Date: _____        *Frances A. Tomes*
                                              _____
                                              Signature of Substituted Attorney[2]

*rev.8/1/16*

_____

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.