| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 20-22607 / MBK**

Janet M Lanni

Petition Filed Date: 11/12/2020
341 Hearing Date: 12/10/2020
Confirmation Date: 02/02/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2023 | $730.00 | 89611100 | 02/27/2023 | $730.00 | 90206170 | 03/29/2023 | $730.00 | 90783400 |
| 04/24/2023 | $730.00 | 91240640 | 04/24/2023 | $968.00 | 91240690 | 05/30/2023 | $730.00 | 91915480 |
| 06/26/2023 | $730.00 | 92407680 | 07/24/2023 | $730.00 | 92904910 | 08/30/2023 | $730.00 | 93489370 |
| 09/25/2023 | $730.00 | 93968400 | 10/23/2023 | $730.00 | 94454460 | 11/27/2023 | $730.00 | 95016210 |
| 01/02/2024 | $730.00 | 95553690 | | | | | | |

**Total Receipts for the Period:  $9,728.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $29,875.59**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Janet M Lanni | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Monika Mazurczyk<br>»»  ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | QUICKEN LOANS INC<br>»»  P/422 NORTH ONSET LN/1ST MTG | Mortgage Arrears | $64.61 | $64.61 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,325.45 | $3,625.34 | $1,700.11 |
| 3 | CAPITAL ONE BANK (USA), N.A.<br>»»  SYNCHRONY | Unsecured Creditors | $1,865.38 | $1,269.87 | $595.51 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $6,830.15 | $4,649.69 | $2,180.46 |
| 5 | ALLY CAPITAL<br>»»  2017 FORD ESCAPE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT<br>»»  VICTORIAS SECRET | Unsecured Creditors | $609.82 | $404.81 | $205.01 |
| 7 | QUANTUM3 GROUP LLC AS AGENT<br>»»  WAYFAIR | Unsecured Creditors | $858.96 | $570.19 | $288.77 |
| 8 | QUANTUM3 GROUP LLC AS AGENT<br>»»  MERCURY | Unsecured Creditors | $2,666.04 | $1,814.93 | $851.11 |
| 9 | CITIBANK, N.A. | Unsecured Creditors | $458.30 | $304.23 | $154.07 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  TOYS R US | Unsecured Creditors | $1,105.08 | $752.29 | $352.79 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  AMAZON | Unsecured Creditors | $750.04 | $497.89 | $252.15 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  LENDING CLUB | Unsecured Creditors | $16,706.33 | $11,372.97 | $5,333.36 |

**Chapter 13 Case No. 20-22607 / MBK**

| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  JC PENNEY | Unsecured Creditors | $2,347.45 | $1,598.04 | $749.41 |
| --- | --- | --- | --- | --- | --- |
| 0 | FRANCES A. TOMES, ESQ.<br>»»  SUB OF ATTY 1/17/24 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $29,875.59 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $26,924.86 | Current Monthly Payment: | $730.00 |
| Paid to Trustee: | $2,235.98 | Arrearages: | ($1,900.59) |
| Funds on Hand: | $714.75 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.

