| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 20-22607 / MBK**

Janet M Lanni

Petition Filed Date: 11/12/2020
341 Hearing Date: 12/10/2020
Confirmation Date: 02/02/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2024 | $730.00 | 95553690 | 01/29/2024 | $730.00 | 96042610 | 02/26/2024 | $730.00 | 96508710 |
| 03/25/2024 | $730.00 | 97004180 | 04/22/2024 | $1,507.00 | 97470540 | 04/22/2024 | $730.00 | 97470550 |
| 05/22/2024 | $730.00 | 97965300 | 06/24/2024 | $730.00 | 98482970 | 07/22/2024 | $730.00 | 98935740 |
| 08/27/2024 | $730.00 | 99464470 | 09/23/2024 | $730.00 | 99917530 | 10/28/2024 | $730.00 | 10045515 |
| 11/25/2024 | $730.00 | 10088904 | 12/30/2024 | $730.00 | 10139592 | | | |

**Total Receipts for the Period: $10,997.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $40,142.59**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Janet M Lanni | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Monika Mazurczyk, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | QUICKEN LOANS INC<br>»» P/422 NORTH ONSET LN/1ST MTG | Mortgage Arrears | $64.61 | $64.61 | $0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $5,325.45 | $4,923.67 | $401.78 |
| 3 | CAPITAL ONE BANK (USA), N.A.<br>»» SYNCHRONY | Unsecured Creditors | $1,865.38 | $1,724.65 | $140.73 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $6,830.15 | $6,314.84 | $515.31 |
| 5 | ALLY CAPITAL<br>»» 2017 FORD ESCAPE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT<br>»» VICTORIAS SECRET | Unsecured Creditors | $609.82 | $553.51 | $56.31 |
| 7 | QUANTUM3 GROUP LLC AS AGENT<br>»» WAYFAIR | Unsecured Creditors | $858.96 | $794.15 | $64.81 |
| 8 | QUANTUM3 GROUP LLC AS AGENT<br>»» MERCURY | Unsecured Creditors | $2,666.04 | $2,464.91 | $201.13 |
| 9 | CITIBANK, N.A. | Unsecured Creditors | $458.30 | $415.98 | $42.32 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» TOYS R US | Unsecured Creditors | $1,105.08 | $1,021.71 | $83.37 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» AMAZON | Unsecured Creditors | $750.04 | $680.78 | $69.26 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LENDING CLUB | Unsecured Creditors | $16,706.33 | $15,445.95 | $1,260.38 |

**Chapter 13 Case No. 20-22607 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 13 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  JC PENNEY | Unsecured Creditors | $2,347.45 | $2,170.35 | $177.10 |
| 0 | Frances A. Tomes, Esq.<br>»»  SUB OF ATTY 1/17/24 | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $40,142.59 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $36,575.11 | Current Monthly Payment: | $730.00 |
| Paid to Trustee: | $2,868.81 | Arrearages: | ($3,407.59) |
| Funds on Hand: | $698.67 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*!  Register today at www.ndc.org** or scan this code to get started.

