**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Janet M Lanni<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9766<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–22607–MBK | |

# Order of Discharge  12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Janet M Lanni

<u>8/6/25</u>            **By the court:** <u>Michael B. Kaplan</u>
                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                        Case No. 20-22607-MBK
Janet M Lanni                                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin      Page 1 of 3
Date Rcvd: Aug 06, 2025      Form ID: 3180W      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Janet M Lanni, 422N Onset Lane, Monroe Township, NJ 08831-8249 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 06 2025 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 06 2025 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519019558 | | EDI: GMACFS.COM | Aug 07 2025 00:40:00 | Ally, POB 380902, Bloomington, MN 55438-0902 |
| 519067294 | | EDI: GMACFS.COM | Aug 07 2025 00:40:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519262455 | + | EDI: AISACG.COM | Aug 07 2025 00:40:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519019559 | + | EDI: GMACFS.COM | Aug 07 2025 00:40:00 | Ally Financial, 200 Renaissance Ctr #80, Detroit, MI 48243-1300 |
| 519019560 | + | EDI: BANKAMER | Aug 07 2025 00:40:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 519062183 | + | EDI: BANKAMER2 | Aug 07 2025 00:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519019561 | + | EDI: CAPITALONE.COM | Aug 07 2025 00:40:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519049795 | + | EDI: AIS.COM | Aug 07 2025 00:46:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519049796 | + | EDI: AIS.COM | Aug 07 2025 00:46:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519072628 | | EDI: CITICORP | Aug 07 2025 00:40:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519019562 | + | EDI: CITICORP | Aug 07 2025 00:40:00 | Citibank/Best Buy, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519019563 | + | EDI: WFNNB.COM | Aug 07 2025 00:40:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Pob 182125, Columbus, OH 43218-2125 |
| 519019564 | + | EDI: WFNNB.COM | Aug 07 2025 00:40:00 | Comenity Bank/Wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |

Case 20-22607-MBK    Doc 50    Filed 08/08/25    Entered 08/09/25 00:16:29    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2025 | Form ID: 3180W | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| 519019565 | + | EDI: LENDNGCLUB | Aug 07 2025 00:40:00 | LendingClub, Attn: Bankruptcy, 595 Market St, Ste 200, San Francisco, CA 94105-2802 |
| 519079273 | + | EDI: LENDNGCLUB | Aug 07 2025 00:40:00 | LendingClub Corporation, 595 Market Street Suite 200, San Francisco, CA 94105-2802 |
| 519019566 | + | EDI: CBS7AVE | Aug 07 2025 00:46:00 | Masseys, 1251 1st Ave, Chippewa Falls, WI 54729-1677 |
| 519019567 | + | Email/Text: Mercury@ebn.phinsolutions.com | Aug 06 2025 20:52:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 519106063 | | EDI: PRA.COM | Aug 07 2025 00:40:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519106064 | | EDI: PRA.COM | Aug 07 2025 00:40:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519077590 | | EDI: PRA.COM | Aug 07 2025 00:40:00 | Portfolio Recovery Associates, LLC, c/o Amazon, POB 41067, Norfolk VA 23541 |
| 519079272 | | EDI: PRA.COM | Aug 07 2025 00:40:00 | Portfolio Recovery Associates, LLC, c/o Jc Penney, POB 41067, Norfolk VA 23541 |
| 519077589 | | EDI: PRA.COM | Aug 07 2025 00:40:00 | Portfolio Recovery Associates, LLC, c/o Toys R Us, POB 41067, Norfolk VA 23541 |
| 519071463 | | EDI: Q3G.COM | Aug 07 2025 00:46:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519071466 | | EDI: Q3G.COM | Aug 07 2025 00:46:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519019568 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 06 2025 20:53:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519048333 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Aug 06 2025 20:53:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519019569 | + | EDI: SYNC | Aug 07 2025 00:40:00 | Syncb/Toys R Us, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519021314 | ^ | MEBN | Aug 06 2025 20:49:05 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519019570 | + | EDI: SYNC | Aug 07 2025 00:40:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519019571 | + | EDI: SYNC | Aug 07 2025 00:40:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519019572 | + | EDI: SYNC | Aug 07 2025 00:40:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519019573 | + | EDI: PRA.COM | Aug 07 2025 00:40:00 | Walmart/Synchrony/Portfolio, c/o Portfolio Recovery, PO Box 12914, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502-4952 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 06, 2025 | Form ID: 3180W | Total Noticed: 35 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Frances A Tomes | on behalf of Debtor Janet M Lanni ftomes@tomeslawfirm.com agreenberg@tomeslawfirm.com;tomesfr92561@notify.bestcase.com;mariad@tomeslawfirm.com;tasmync@tomeslawfirm.com;bkteam@tomeslawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5